UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ DC

05 AUG 16 PM 12:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br>)<br>vs )<br>)<br>CONNIE MORRIS )<br>)<br>Defendant. ) | Cr. No. 2:05CR20209-01 |

F I L E D B Y

AUG 17 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN. Memphis

### MOTION OF THE UNITED STATES TO REDUCE OFFENSE LEVEL PURSUANT TO U.S.S.G. §3E1.1.(b)

Now comes the United States of America through its attorneys and moves this Court to reduce the offense level of defendant Connie Morris as determine under the United States Sentencing Guideline by one level pursuant to §3E1.1(b). In support thereof the United States asserts that defendant Morris timely provided information to the Government concerning her involvement in the offenses that are set forth in the information to which she has entered a plea of guilty and that she timely notified the Government of her intention to enter a plea of guilty thereby permitting the Government to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

**MOTION GRANTED**
DATE: 8/16/2005

_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Respectfully submitted,

Joshua R. Hochberg
Acting United States Attorney

By: William T. Clabault
Senior Trial Attorney
Fraud Section
Criminal Division
U.S. Dept. of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-0483
(202) 514-07021 FAX

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05



## CERTIFICATE OF SERVICE

I, William T. Clabault, Senior Trial Attorney, Fraud Section, Criminal Division, United States Department of Justice, hereby certify that a copy of the foregoing "Motion of the United States to Reduce Offense Level Pursuant to U.S.S.G. §3E1.1.(b)" has been mailed first class postage prepaid to:

STEVEN E. FARESE, Sr. Esq.
Farese, Farese & Farese P.A.
122 Church Avenue
Post Office Box 98
Ashland, Mississippi 38603

I further certify that I have caused a copy of the motion to be delivered to :

Mr. Wright E White, USPO
United States Probation Office
167 North Main Street
Room 234
Memphis, Tennessee 38103

This fifteenth day of August, 2005

WILLIAM T. CLABAULT
Senior Trial Attorney



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20209 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Steven E. Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

William T. Clabault
UNITED STATES DEPARTMENT OF JUSTICE
1400 New York Ave., N.W.
Ste. 4000
Washington, DC 20005

Honorable Bernice Donald
US DISTRICT COURT