IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _dg_ D.C.
05 OCT 14 PM 4:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20209-D |
| ) | |
| CONNIE MORRIS ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER TO SURRENDER

The defendant, Connie Morris, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Pekin, P.O. Box 7000, Pekin, Illinois 61555-7000** by **2:00 p.m.** on **WEDNESDAY, MAY 31, 2006.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the _13th_ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-17-05_

16

## ACKNOWLEDGEMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me on _____

_____                    _____
**Clerk/Deputy Clerk**                                          **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20209 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Steven E. Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

William T. Clabault
UNITED STATES DEPARTMENT OF JUSTICE
1400 New York Ave., N.W.
Ste. 4000
Washington, DC 20005

Honorable Bernice Donald
US DISTRICT COURT